*E-Filed: March 7, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS, | No. C14-00805 HRL |
| Plaintiff, | **ORDER TO FILE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| GYRUS ACMI, LP, ET AL., | |
| Defendants. | |

Plaintiff Pamela Williams filed this discrimination lawsuit against her former employers in Santa Clara Superior Court. Defendants removed the case and concurrently filed a Notice of Pendency of Related Action in which they assert that this case is related to another case currently pending in this district, *Department of Fair Employment and Housing v. Gyrus ACMI, LP*, C13-01454-LHK. Civil Local Rule 3-12(b) states that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District . . . the party must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related." Accordingly, Defendants shall file such a motion in *Department of Fair Employment and Housing v. Gyrus ACMI, LP*, C13-01454-LHK.

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00805 HRL Notice will be electronically mailed to:**

Daniel L. Feder  danfeder@pacbell.net, claire@dfederlaw.com, clairec3661@gmail.com, leah@dfederlaw.com, parveen.dosanjh@gmail.com, qiansundlf@gmail.com, winter@dfederlaw.com

Glenn Lansing Briggs  gbriggs@hbwllp.com, vbeechler@hbwllp.com

Kymberleigh A Damron-Hsiao  kdamronhsiao@hbwllp.com, vbeechler@hbwllp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**