UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAMELA WILLIAMS,

        Plaintiff,

  v.

GYRUS ACMI, LP, et al.,

        Defendants.

Case No.  14-cv-00805-BLF

**CASE MANAGEMENT ORDER**

On June 12, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Motion to Withdrawal as Counsel Hearing | 06/26/2014 at 9:00 am. |
| Motion to Stay Hearing | 06/26/2014 at 9:00 am. |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Plaintiff and Defense Counsel may appear by Courtcall without further approval of the court for the Motion to Withdrawal and the Motion to Stay hearings set on 06/26/2014 at 9:00 am.

Dated:  June 12, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2