UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>GYRUS ACMI, LP, et al.,<br><br>Defendants. | Case No. 14-cv-00805-BLF<br><br>**CORRECTED ORDER (1) GRANTING REQUEST TO WITHDRAW AS COUNSEL, (2) GRANTING PLAINTIFF'S MOTION TO STAY THE LITIGATION**<br><br>[Re: Dkt. Nos. 14, 19, 39] |

Before the Court are two Motions. The first is a Motion from Plaintiff's counsel, Daniel Feder, seeking to withdraw as counsel. (ECF 19) The second is a Motion from Plaintiff Pamela Williams seeking to stay the litigation pending her retention of new counsel. After considering the briefing and argument of the parties, the Court GRANTS both motions. (ECF 14)

At oral argument on June 26, 2014, Plaintiff did not object to Mr. Feder's Motion to Withdraw. In recognition of the "breakdown in the attorney client relationship" described Mr. Feder, (ECF 19 at 1), the Court finds good cause and GRANTS his Motion to Withdraw.

Following the Court's grant of Mr. Feder's Motion, the Court heard argument on Ms. Williams' Motion to Stay the Litigation. (ECF 14) Ms. Williams requested a stay of sixty (60) days so as to retain new counsel. Defendant did not object. However, in recognition of Defendant's pending Motion to Dismiss, (ECF 17), currently calendared for hearing on August 14, 2014, the Court GRANTS Plaintiff's Motion to Stay the Litigation, but orders that the stay shall end on August 13, 2014. This Order hereby corrects and supersedes the Court's June 30, 2014 Order. The previously issued Order contained a typographical error regarding the date on which the stay was to end.

No discovery or motion practice shall take place during the pendency of the stay.

1       **IT IS SO ORDERED.**

2  Dated: July 2, 2014

3  _____
HON. BETH LABSON FREEMAN
4  United States District Judge