UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PAMELA WILLIAMS,<br>    Plaintiff,<br>v.<br>GYRUS ACMI, LP, et al.,<br>    Defendants. | Case No. 14-cv-00805-BLF<br><br>**ORDER SUBMITTING MOTIONS FOR DETERMINATION WITHOUT ORAL ARGUMENT**<br><br>[Re: ECF 72, 76] |
|---|---|

Defendant Olympus Corporation of the Americas ("OCA") has moved to dismiss Plaintiff's Second Amended Complaint, as well as to strike portions of Plaintiff's opposition and the Declaration of Gabrielle Korte submitted in support of the opposition. These motions are presently set to be heard on May 14, 2015.

The Court has reviewed the motions and governing law, and determines that these motions can be adjudicated without oral argument, pursuant to Civil Local Rule 7-1(b). The Court therefore VACATES the May 14, 2015 hearing date and SUBMITS the motions for adjudication without oral argument.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge