UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>GYRUS ACMI, LP, et al.,<br><br>    Defendants. | Case No. 14-cv-00805-BLF<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's August 19, 2015 Request for Case Management Conference. ECF 85. The parties are HEREBY ORDERED to appear at a Further Case Management Conference on **September 10, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose. An updated joint case management statement must be filed by no later than September 3, 2015.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge