LORI J. COSTANZO (SBN 142633)
Email: Lori@costanzo-law.com
GABRIELLE KORTE (SBN 209312)
Email: Gabrielle@costanzo-law.com
COSTANZO LAW FIRM
111 North Market Street, Suite 910
San Jose, CA 95113
Telephone: (408) 993-8493
Facsimile: (408) 993-8496

Attorneys for Plaintiff
PAMELA WILLIAMS

GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@kadingbriggs.com
KYMBERLEIGH DAMRON-HSIAO (SB# 240508)
Email: kdh@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
GYRUS ACMI, LP and
OLYMPUS CORPORATION OF THE AMERICAS

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> GYRUS ACMI, LP; OLYMPUS AMERICA, INC.; and DOES 1-50, <br><br> Defendants. | CASE NO. 5:14CV-00805-BLF <br><br> **JOINT STIPLULATION OF PARTIES RE: CASE MANAGEMENT ORDER** |

332424

JOINT STIPULATION OF PARTIES RE: CASE MANAGEMENT ORDER

Plaintiff PAMELA WILLIAMS and Defendants GYRUS ACMI, LP and OLYMPUS CORPORATION OF THE AMERICAS hereby stipulate to the following dates:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 01/27/16 |
| Last Day to Amend Pleadings or Add Parties | 09/10/15 |
| Last Day to Disclose Experts (with Reports) | 11/11/16 |
| Fact Discovery Cut-Off | 09/30/16 |
| Expert Discovery Cut-Off | 02/03/17 |
| Last Day to Hear Dispositive Motions | 01/05/2017 at 9:00 a.m.* |
| Final Pretrial Conference | 03/23/2017 at 1:30 p.m.* |
| Trial | 04/10/2017 at 9:00 a.m.* |

* denotes dates ordered by the Court at the September 10, 2015 Case Management Conference.

DATED: October 9, 2015      COSTANZO LAW FIRM


By: /s/LORI J. COSTANZO
       LORI J. COSTANZO
Attorneys for Plaintiff

DATED: October 9, 2015      KADING BRIGGS LLP


By: /s/GLENN L. BRIGGS
       GLENN L. BRIGGS
Attorneys for Defendants