MICHAEL E. ADAMS (SBN 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall, Suite 300
Redwood City, CA 94064
Telephone: (650) 599-9463
Facsimile: (650) 599-9785

Attorneys for Plaintiff
PAMELA WILLIAMS


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@kadingbriggs.com
KYMBERLEIGH DAMRON-HSIAO (SB# 240508)
Email: kdamronhsiao@kadingbriggs.com
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
GYRUS ACMI, LP;
OLYMPUS CORPORATION OF THE AMERICAS

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GYRUS ACMI, LP; OLYMPUS AMERICA, INC.; and DOES 1-50,<br><br>　　　　　　Defendants. | CASE NO. C-14-00805-BLF<br><br>**AMENDED JOINT CASE MANAGEMENT STATEMENT**<br><br>**[Local Rule 16-10(c)]**<br><br>Date:　　　January 27, 2016<br>Time:　　　11:00 a.m. |

343583

Plaintiff Pamela Williams ("Plaintiff") and defendants Gyrus ACMI, LP ("Gyrus") and Olympus Corporation of the Americas ("Olympus") (collectively, with Gyrus, "Defendants"), by and through their undersigned counsel, hereby submit a Case Management Conference Statement pursuant to Local Rule 16-10(c) in advance of the case management conference scheduled to take place on January 27, 2016.

## I.   STATUS OF DISCOVERY

On January 11, 2016, Plaintiff served responses to Gyrus' Request for Production of Documents, Set One, and Interrogatories, Set One. Plaintiff has yet to produce documents in response to the Request for Documents, Set One, and the parties will be meeting and conferring regarding any deficiencies in Plaintiff's responses and/or subsequent production with the hope of obviating any need for motion practice and this Court's intervention.

## II.   ISSUES TO BE ADDRESSED AT THE CASE MANAGEMENT CONFERENCE

Plaintiff filed a substitution of attorney on January 11, 2016. Given that Plaintiff's counsel is still becoming acquainted with Plaintiff's claims, the documents in the case, and any potential issues, the parties believe that a

//
//
//
//
//
//
//
//

1  continuance of the case management conference to a date in March or April 2016
2  will be more productive.

5  DATED: January 22, 2016            LAW OFFICES OF MICHAEL E. ADAMS
                                      MICHAEL E. ADAMS


                                      By: /s/   MICHAEL E. ADAMS
                                              MICHAEL E. ADAMS

                                      Attorneys for Plaintiff
                                      PAMELA WILLIAMS


13  DATED: January 22, 2016           KADING BRIGGS LLP
                                      GLENN L. BRIGGS
                                      KYMBERLEIGH DAMRON-HSIAO


                                      By:/s/KYMBERLEIGH DAMRON-HSIAO
                                              KYMBERLEIGH DAMRON-HSIAO

                                      Attorneys for Defendants
                                      GYRUS ACMI, LP and OLYMPUS
                                      CORPORATION OF THE AMERICAS

343583

2

JOINT CASE MANAGEMENT STATEMENT