UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>GYRUS ACMI, LP, OLYMPUS CORPORATION OF THE AMERICAS as DOE 1. and DOES 2-25,<br><br>    Defendants. | CASE NO. C 14-00805 BLF<br><br>**[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED ON JANUARY 27, 2016** |

343689

## **ORDER**

The Court, having considered the parties' Joint Stipulation re: Continuance of Further Case Management Conference, and showing good cause therefor, hereby grants the parties' request to take the January 27, 2016 further case management conference off calendar. The further case management conference shall be continued to _____, 2016 at _____ a.m./p.m. in Courtroom 3 of the above-entitled Court.

Dated: _____

Honorable Beth Labson Freeman