UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>GYRUS ACMI, LP, et al.,<br><br>    Defendants. | Case No.  14-cv-00805-BLF<br><br>**ORDER GRANTING PARTIES' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DENYING AS MOOT DEFENDANTS' MOTION TO APPEAR BY PHONE**<br><br>[Re: ECF 107, 108] |

Before the Court is the parties' Joint Stipulation to Continue the Further Case Management Conference, currently set for January 28, 2016, because Plaintiff's counsel was substituted in on January 11, 2016 and is still becoming acquainted with the case. ECF 107 at 1-2. The Court GRANTS this request and SETS the Case Management Conference for March 10, 2016 at 11:00 AM.

Defendants have also moved the Court for leave to appear by phone at the January 28, 2016 Case Management Conference. ECF 108. As Defendants correctly note, this motion is now moot because the Court granted the parties' request to continue above. *Id.* n.1. Accordingly, the Court DENIES Defendants' Motion for Telephonic Appearance.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge