AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern        District of        California

PAMELA WILLIAMS
               Plaintiff (s),
V.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

GYRUS ACMI, LP et al.
               Defendant (s),

CASE NUMBER: C-14-00805-BLF

Notice is hereby given that, subject to approval by the court, **Pamela Williams** (Party (s) Name) substitutes **Stephen Noel Ilg** (Name of New Attorney), State Bar No. **275599** as counsel of record in place of **Michael E. Adams** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: ILG Legal Office
- Address: 555 California Street, Suite 4925, San Francisco, CA 94104
- Telephone: (415)-580-2574    Facsimile (440)-643-9843
- E-Mail (Optional): silg@ilglegal.com

I consent to the above substitution.
Date: 3/8/16

Pamela Williams
(Signature of Party (s))

I consent to being substituted.
Date: 3/8/16

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: March 9, 2016

Stephen Noel Ilg
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 12, 2016

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print