# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>GYRUS ACMI, LP, et al.,<br><br>   Defendants. | Case No.  14-cv-00805-BLF<br><br>**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF TO JUNE 16, 2016** |

The Court ADVANCES the hearing on the motion to withdraw as counsel for Plaintiff/Counter-Defendant from September 29, 2016 to June 16, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge