United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>GYRUS ACMI, LP, et al.,<br><br>  Defendants. | Case No.  14-cv-00805-BLF<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW ATTORNEY**<br><br>[Re: ECF 122] |

Plaintiff Pamela Williams seeks to continue the hearing for her attorney's Motion to Withdraw as Counsel, currently set for June 16, 2016, by seven days because she wishes to present an oral presentation and will be unable to attend on the set date. ECF 122. Accordingly, the Court GRANTS Plaintiff's motion and CONTINUES the hearing to June 23, 2016 at 9:00 A.M.

**IT IS SO ORDERED.**

Dated: June 9, 2016

_____
BETH LABSON FREEMAN
United States District Judge