# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br>    Plaintiff,<br>v.<br>GYRUS ACMI, LP, et al.,<br>    Defendants. | Case No.  14-cv-00805-BLF<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br>[Re: ECF 119] |

Plaintiff's counsel, Stephen Noel Ilg of ILG Legal Office, has moved to withdraw as counsel for Plaintiff. ECF 119. The parties appeared for a hearing on June 23, 2016, Defendants did not oppose the motion, *see* ECF121, and the Court orally GRANTED the motion to withdraw. Accordingly, this Order memorializes the Court's ruling that Mr. Ilg's motion to withdraw has been GRANTED effective June 23, 2016.

In her Opposition to the Motion to Withdraw, Plaintiff requested a 30-day stay to retain counsel. Because the trial date is approaching and the Court has granted numerous stays in this same circumstance already, the Court DENIES the request for a stay.

The Court advises Ms. Williams that it is imperative that she comply with all rules, deadlines, and Court orders. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."). The failure to prosecute this action or comply with the Federal Rules of Civil Procedure, Northern District of California's Civil Local Rules, or Court orders or deadlines can result in the dismissal of this case with prejudice. *See* Fed. R. Civ. P. 41(b).

Ms. Williams may wish to contact the Federal Pro Se Program, a free program that offers limited legal services and advice to parties who are representing themselves. The Federal Pro Se

Program has offices in two locations, listed below. Help is provided by appointment and on a drop-in basis. Parties may make appointments by calling the program's staff attorney, Mr. Kevin Knestrick, at 408-297-1480. Additional information regarding the Federal Pro Se Program is available at http://cand.uscourts.gov/helpcentersj.

| Federal Pro Se Program | Federal Pro Se Program |
|---|---|
| United States Courthouse | The Law Foundation of Silicon Valley |
| 280 South 1st Street | 152 North 3rd Street |
| 2nd Floor, Room 2070 | 3rd Floor |
| San Jose, CA 95113 | San Jose, CA 95112 |
| Monday to Thursday 1:00 pm – 4:00 pm | Monday to Thursday 9:00 am – 12:00 pm |
| Fridays by appointment only | Fridays by appointment only |

**IT IS SO ORDERED.**

Dated: June 23, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2