# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

PAMELA WILLIAMS,

         Plaintiff,

    v.

GYRUS ACMI, LP, et al.,

         Defendants.

Case No.  14-cv-00805-BLF

**ORDER GRANTING AS MODIFIED
MOTION FOR RECONSIDERATION**

On June 24, 2016, the Court allowed Plaintiff's former attorney to withdraw as counsel and denied Plaintiff's request for a 30-day stay to retain new counsel. ECF 129. Plaintiff now asks the Court to reconsider its denial of her request for a stay and seeks a 60-day stay to find counsel. ECF 130. Defendants oppose, arguing that the discovery cut-off, summary judgment, and trial dates are all fast approaching and contending that "[t]he ongoing turnover of Plaintiff's counsel has caused Defendants prejudice in their attempts to obtain discovery." ECF 133 at 2. Defendants also ask that, if the Court grants reconsideration, the Court clarify that the stay encompasses all action in this case with the exception of Plaintiff's search for an attorney. *Id.* at 4-5.

It is the Court's intention to give all parties the opportunity to have this case tried on the merits. In the Court's initial denial of Plaintiff's request, the Court erroneously recalled having granted Plaintiff "numerous" stays following withdrawal of counsel. Plaintiff is correct that the docket reflects only one stay in a similar circumstance. *See* ECF 39.[1] However, the Court also recognizes the burden that a 60-day stay would place upon Defendants in light of the trial

---

[1] Defendants note that the Court offered to stay the case following withdrawal of Lori Costanzo as Plaintiff's counsel of record, but Plaintiff declined. *See* Dec. 10, 2015 Hearing Transcr. at 10:18-25, 12:7-13:19.

United States District Court
Northern District of California

schedule. Accordingly, the Court GRANTS Plaintiff a 30-day stay for the sole purpose of finding new counsel and CONTINUES the discovery cut-off date to October 14, 2016 to mitigate any prejudice to Defendants. The Court reminds all parties that no discovery or motion practice is proper during the pendency of the stay.

**IT IS SO ORDERED.**

Dated: July 8, 2016

BETH LABSON FREEMAN
United States District Judge