UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA WILLIAMS,<br>    Plaintiff,<br>v.<br>GYRUS ACMI, LP, et al.,<br>    Defendants. | Case No.  14-cv-00805-BLF<br><br>**ORDER CONTINUING STAY** |

On July 8, 2016, the Court issued an order granting as modified Plaintiff's Motion for Reconsideration, which provided for a 30-day stay for Plaintiff to find new counsel and continued the discovery cut-off date to October 14, 2016 to mitigate any prejudice to Defendants. *See* ECF 134 ("Order"). The Court has now been apprised that an incorrect address may have been used when mailing the Order to Plaintiff. Because Plaintiff clearly lacked notice, the Court CONTINUES the stay for an additional 30 days from the date of this order, to **September 1, 2016**.

As before, the sole purpose of this stay is for Plaintiff to find new counsel and the discovery cut-off date remains October 14, 2016. If the parties would like to continue the discovery cut-off in light of this stay, the parties shall meet and confer to determine a new date. If they are unable to reach agreement, they may file a motion to continue the discovery cut-off date.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge